UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE VECA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. CV 18-6685-RGK (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and the matter is remanded for further development of the record consistent with the Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED: March 4, 2020

　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　United States District Judge